IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | § CRIMINAL NO. H-12-600-2 |
| | § § § |
| ERNEST GIBSON IV | § § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 422). The motion for continuance is GRANTED. The sentencing hearing is reset to **April 2, 2015 at 9:30 a.m.**

SIGNED on February 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge