IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §    CRIMINAL NO. H-12-600-2 |
| | § |
| ERNEST GIBSON IV. | § |

## ORDER

The defendant, Earnest Gibson IV, filed a motion to vacate his sentence under 28 U.S.C. § 2255. (Docket Entry No. 546). Gibson has appealed his conviction and sentence to the Fifth Circuit. (Docket Entry No. 504). That appeal is pending.

"[A] criminal defendant may not collaterally attack his conviction until it has been affirmed on direct appeal." *Fassler v. United States*, 858 F.2d 1016, 1019 (5th Cir. 1988), *cert. denied*, 490 U.S. 1099 (1989) (citing *Jones v. United States*, 453 F.2d 351, 352 (5th Cir. 1972)). Where, as here, a defendant seeks § 2255 relief while a direct appeal is pending, the district court should decline to address the motion. *See, e.g.*, *Canales v. United States*, No. 3-07-CV-0078-L, 2007 WL 646189 at *1 (N.D. Tex. Feb. 28, 2007) (a defendant may not seek post-conviction relief while his direct appeal is pending); *United States v. Norwood*, No. 7-06-CV-187-R, 2006 WL 3350207 at *1 (N.D. Tex. Nov. 15, 2006) (dismissing § 2255 motion as "premature" because a direct appeal was pending).

Gibson's motion to vacate under 28 U.S.C. § 2255 is denied, without prejudice to reurge after the Fifth Circuit has resolved his appeal. (No. 4:12-cr-600-2, Docket Entry No. 546; No. 4:15-

cv-2138, Docket Entry No. 1). Final judgment dismissing Gibson's civil action, No. 4:15-cv-2138, is separately entered.

       SIGNED on July 28, 2015, at Houston, Texas.

                                     Lee H. Rosenthal
                                 United States District Judge